IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

**ONEAL RAY WHYTE**                                    CASE NO.:

    Plaintiff,

v.

**MK UNITED, INC.** and
**KOMILJON AKTAMOV**

    Defendant.
_____/

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, ONEAL RAY WHYTE (hereinafter "Plaintiff"), by and through his undersigned counsel, files this complaint against Defendants, MK UNITED, INC. and KOMILJON AKTAMOV (hereinafter "Defendants"), and alleges:

### JURISDICTION AND VENUE

1. This is an action for damages exceeding Fifty-Thousand Dollars ($50,000.00), exclusive of interest, attorney's fees, and costs.

2. This Court has jurisdiction over this controversy because at all times material to the allegations in this Complaint, the acts and omissions giving rise to this action occurred in this Court's jurisdiction.

3. Venue is proper in Broward County, Florida, as the cause of action accrued in Broward County.

### THE PARTIES

4. At all times material to this action, Plaintiff, ONEAL RAY WHYTE, is a natural person residing in Broward County, Florida.

EXHIBIT A

5. At all times material hereto, Defendant, MK UNITED, INC., is a corporation authorized to do business in Florida and was the owner of the vehicle involved in the collision described herein.

6. At all times material hereto, Defendant, KOMILJON AKTAMOV, is a resident of Philadelphia, Pennsylvania and was the driver of the vehicle owned by MK UNITED, INC. at the time of the collision.

## STATEMENT OF THE FACTS

7. On June 22, 2023, at approximately 6:55 a.m., Plaintiff ONEAL RAY WHYTE was operating a vehicle southbound in the middle through lane on North State Road 7.

8. At the same time and place, Defendant KOMILJON AKTAMOV was operating a truck operating registered under Defendant MK UNITED, INC.'s DOT operating authority traveling eastbound on NW 8th Court.

9. Defendant KOMILJON AKTAMOV, ignoring a stop sign, carelessly and recklessly turned right and entered the intersection without ensuring it was clear.

10. At that time and place, Defendant KOMILJON AKTAMOV, negligently and carelessly operated and/or maintained the truck so that it collided with the vehicle operated by Plaintiff ONEAL RAY WHYTE.

**COUNT I: NEGLIGENCE (KOMILJON AKTAMOV)**

11. At all times material hereto, Defendant KOMILJON AKTAMOV owed a duty to Plaintiff to operate his vehicle in a safe and reasonable manner, to obey traffic laws, and to yield the right of way when required.

12. Defendant KOMILJON AKTAMOV breached his duty of care by negligently and carelessly operating and/or maintaining the truck so that he:

      a. Failed to stop at a stop sign.

      b. Entered an intersection without ensuring it was clear.

      c. Failed to yield the right of way to Plaintiff.

      d. Operated his vehicle recklessly.

      e. Caused a collision with Plaintiff's vehicle.

13. As a direct and proximate result of Defendant KOMILJON AKTAMOV's negligence, Plaintiff ONEAL RAY WHYTE suffered bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a pre-existing condition. The injuries are permanent or continuing in nature, and the Plaintiff will suffer these losses in the future.

**COUNT II: VICARIOUS LIABILITY (MK UNITED, INC.)**

14. Plaintiff re-alleges and incorporates Paragraphs 1 through 10 as though fully set forth herein.

15. At all times material hereto, Defendant KOMILJON AKTAMOV was operating the vehicle owned by Defendant MK UNITED, INC., with the express or implied knowledge, consent, and permission of Defendant MK UNITED, INC., and for the benefit of Defendant MK UNITED, INC.

16. Therefore, Defendant MK UNITED, INC. is vicariously liable for the negligence of Defendant KOMILJON AKTAMOV under Florida's Dangerous Instrumentality Doctrine.

17. As a direct and proximate result of the negligence of its driver, Defendant KOMILJON AKTAMOV, for which Defendant MK UNITED, INC. is vicariously liable, Plaintiff ONEAL RAY WHYTE suffered bodily injury, pain and suffering, disability, disfigurement,

mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a pre-existing condition. The injuries are permanent or continuing in nature, and the Plaintiff will suffer these losses in the future.

## COUNT III: VICARIOUS LIABILITY (MK UNITED, INC.) (Respondent Superior Vicarious Liability)

18. Plaintiff re-alleges and incorporates Paragraphs 1 through 10 as though fully set forth herein.

19. At all times material hereto, Defendant KOMILJON AKTAMOV was an employee or agent of Defendant MK UNITED, INC.'s DOT number and acting within the course and scope of his employment or agency relationship.

20. At all times material to this action Defendant MK UNITED, INC. had a right of control and did control its employee or agent defendant KOMILJON AKTAMOV,

21. Therefore, Defendant MK UNITED, INC. is vicariously liable for the negligence of Defendant KOMILJON AKTAMOV under the Respondeat Superior Doctrine and or the Federal Motor Carrier Safety Act.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury as to all issues so triable.

In compliance with Rule 2.516 of the Florida Rules of Judicial Administration, all pleadings in this cause shall be served on the undersigned by email at althea.bryanfarr@bfhlegal.com.

Dated this 20th of June, 2025.

Respectfully submitted,

**BRYAN FARR HEALTH LAWYERS, LLC.**

**Bryan Farr Health Lawyers, LLC**
1451 W. Cypress Creek Rd. Ste. 300, Fort Lauderdale, FL 33309, Ph: (954) 671-0444 Fax: (954) 361-6260

                                                      By:    /s/ Althea Bryan Farr
                                                                 Althea Bryan Farr, Esq. RN
                                                                 Florida Bar No. 1024987
                                                                 Bryan Farr Health Lawyers, LLC.
                                                                 1451 W. Cypress Creek Blvd. Ste. 300
                                                                 Fort Lauderdale, FL 33309
                                                                Ph : (954) 671-0444 Fax : (954) 361-6260
                                                                althea.bryanfarr@bfhlegal.com
                                                                info@bfhlegal.com